# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JACKSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>A. HARRINGTON, Warden,<br><br>　　　　　　Respondent. | Case No. CV 09-1643-SJO (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　**IT IS HEREBY ORDERED** that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:　January 30, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE